UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOE HANDS PROMOTIONS, INC.** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**2516, INC.** )<br>**d/b/a PAT'S PUB** )<br>3884 N. M. Street )<br>Philadelphia, PA 19124 )<br>)<br>and )<br>)<br>**Tom Salmons** )<br>3884 N. M. Street )<br>Philadelphia, PA 19124 )<br>    **Defendants.** ) | Civil Action No.: 02- |

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Joe Hands Promotions, Inc., by its attorneys, Harper & Paul, pursuant to Fed. R. Civ. P. 55(a), requests this Court to enter the default of Defendants, 2516, Inc. d/b/a Pat's Pub and Tom Salmons, in this action. In support thereof, Joe Hands states:

    1.    The Complaint in this action was filed on May 31, 2002.

    2.    On June 17, 2002, the Resident Agent for 2516, Inc. d/b/a Pat's Pub was personally served with a Summons and Complaint. At the same time, Tom Salmons Individually, was personally served with a Summons and Complaint. Affidavits of Service of Process establishing service of the Summons and Complaint upon these

individuals have been filed in this action.

3.   Pursuant to the provisions of Fed. R. Civ. P. 12, Defendants were required to serve an answer or otherwise respond to the Complaint within twenty (20) days after being served with the Summons and Complaint.  As such, an answer or responsive pleading on behalf of Defendants was to be filed in this action on or before July 8, 2002.

4.   As of the date of this Request, both Defendants, 2516, Inc.  d/b/a Pat's Pub and Tom Salmons have failed to file an answer or any other pleadings in response to the Complaint.

5.   Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by [the Federal Rules of Civil Procedure] and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default."  Because Defendants have failed to plead or otherwise defend in this action, the Clerk of this Court should enter a default against them.

WHEREFORE, Plaintiff, Joe Hands Promotions, Inc., requests that the Clerk enter the default of Defendants, 2516, Inc. d/b/a Pat's Pub and Tom Salmons, in this action.

                Respectfully submitted,

                BY:_____
                   Sharon N. Harvey, Esquire
                   Attorneys for Plaintiff
                   Joe Hands Promotions, Inc.

A:\PAT'S.REQ