IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTION, INC. | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  02-3518 |
| | : | |
| 2516, INC., ET AL | | |

## ORDER

AND NOW, this 29th of AUGUST, 2002, in accordance with the court's procedure for random reassignment, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Herbert J. Hutton to the Honorable Michael M. Baylson.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court