DATE OF NOTICE: September 18, 2002

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| 2516, INC. | : | NO. 02-3518 |

## NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on October 7, 2002 at 4:00 p.m., with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520. Plaintiff is directed to serve a copy of this Notice on Defendants or their counsel.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Scheduling and Discovery Policy.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

                                                        Lynn Meyer
                                                        Deputy Clerk to Judge Baylson
                                                        267.299.7521

cc    Brian McVan, Esq. (mail), Ronald Harper, Esq. (mail), Sharon Harvey, Esq. (mail)
Attachments
O:\Pretrial conference forms for cases\Joe Hands v. 2516 02-3518 - conf. notice.wpd