**CONFERENCE INFORMATION REPORT**

**CIVIL ACTION NO.** _____

**JURY TRIAL** _____   **NON-JURY TRIAL** _____   **ARBITRATION** _____

**SERVICE OF PROCESS MADE** _____ **(Date)**

**SHORT CAPTION:**

**TRIAL COUNSEL** _____

**REPRESENTING** _____

**LAW FIRM** _____

**ADDRESS** _____

**TELEPHONE & FAX** _____

**DISCOVERY COMPLETED** _____   **IF NOT, WHEN?** _____ **(Date)**
                              Yes
**PROTRACTED DISCOVERY REQUIRED?** _____
                                              Yes/No

**IF YES, DESCRIBE PROPOSED DISCOVERY SEGMENTS BY SUBJECT MATTER OR PARTIES AND SUGGEST DATES FOR SEGMENTS:**



**OTHER PRETRIAL MATTERS:**



**SETTLEMENT CONFERENCE REQUESTED?** _____

**TRIAL TIME:**  **TIME TO PRESENT YOUR CASE** _____
              **TIME FOR ENTIRE TRIAL** _____

**OTHER COMMENTS:**



**DATE:** _____          _____
                                    **SIGNATURE OF COUNSEL**

                                    _____
                                    **TYPE OR PRINT NAME**

**This form should be faxed to Chambers at 267.299.5078 or mailed or hand delivered to Chambers, Room 4001, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1741.**
O:\forms\conference information report.wpd