DATE OF NOTICE: October 1, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| 2516, INC. | : | NO. 02-3518 |

### AMENDED NOTICE

Please be advised that the **PRELIMINARY PRETRIAL CONFERENCE** originally scheduled for October 7, 2002 at 4:00 p.m. with the Honorable Michael M. Baylson has been changed to Tuesday, October 8, 2002 at 4:00 p.m. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Please forward to the Court the Conference Information Report sent to you with the original Notice **at least two days prior to** the day of the conference. Do not have this Report docketed.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc    Brian McVan, Esq. (mail), Ronald Harper, Esq. (mail), Sharon Harvey, Esq. (e-mail)
O:\Pretrial conference forms for cases\Joe Hands v. 2516 02-3518 - Amended conf. notice.wpd