DATE OF NOTICE: December 31, 2002

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS, INC. | : | CIVIL ACTION |
| v. | : | |
| 2516, INC. | : | NO. 02-cv-3518 |

### NOTICE

Please be advised that a **FINAL PRETRIAL CONFERENCE** with the Honorable Michael M. Baylson will be held on Thursday, January 16, 2003 at 4:00 p.m. Please call Chambers at 267.299.7520 for the courtroom assignment.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc: Brian McVan, Esq. (mail)
Ronald Harper, Esq. (mail)
Sharon Harvey, Esq. (mail)

O:\Notices\Joe Hands v. 2516 02-3518 final pretrial conf.wpd