IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS, INC. | : | CIVIL ACTION |
| v. | : | |
| 2516, INC. | : | NO. 02-cv-3518 |

**ORDER**

AND NOW, this 17th day of January, after a Final Pretrial Conference, and agreement between the partes, this case shall be REFERRED to an Arbitration Panel.

BY THE COURT:

_____
Michael M. Baylson, J.

cc:   Brian McVan, Esq. (mail)
      Ronald Harper, Esq. (mail)
      Sharon Harvey, Esq. (mail)

O:\Kashner\Scheduling - Judge Baylson\Hands Order for Arbitrator.wpd