IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-3518 |
| 2516, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 24th day of January, 2003, it is hereby ORDERED that Plaintiff's Motion for Extension of Time to Complete Discovery (Docket No. 12) is DENIED AS MOOT.

BY THE COURT

**Michael M. Baylson, U.S.D.J.**

O:\Orders - Civil\Joe Hands Promotions v. 2516, Inc., 02-3518, Order re Motion for Extension of Time.wpd

-1-