IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMPTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3518 |
| 2516, INC., ET AL. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Thursday, August 12, 2004. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

                Michael E. Kunz
                Clerk of Court

                By:_____
                Stephen Sonnie
                Deputy Clerk
                Phone:267-299-7074

Date: May 27, 2004

Copies:    Lenora Kashner, Courtroom Deputy to Judge Michael M. Baylson
            Docket Clerk - Case File

        Counsel:    Ronald J. Harper, Esq.
                      Sharon N. Harvey, Esq.
                      Brian P. McVan, Esq.

ARB2.FRM