IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HANDS PROMOTIONS | : | CIVIL ACTION |
| v. | : | |
| 2516, INC. | : | NO. 02-3518 |

### O R D E R

AND NOW, this 9th day of August, 2004, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Michael M. Baylson to the calendar of the Honorable Paul S. Diamond.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court