IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOE HAND PROMOTIONS, INC.

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 02-3518 |
| 2516, INC., ET AL. | | |

O R D E R

**AND NOW, TO WIT:** This 17th day of August, 2004,
it having been reported that the issues between the parties in the above action has been settled
and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court , it is

ORDERED that the above action is **DISMISSED** with prejudice, pursuant to
agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Carol D. James
Deputy Clerk

Civ 2 (8/2000)
41(b).frm