IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE HANDS PROMOTIONS, INC.<br>407 East Pennsylvania Avenue<br>Feasterville, PA    19053<br>            vs.<br>2516, Inc. d/b/a PAT'S PUB and<br>TOM SALMONS<br>3884 N. M Street<br>Philadelphia, PA    19124 | :<br>:<br>:<br>:   CIVIL ACTION No. 02 CV 3518<br>:<br>:<br>:<br>: |

**NOTICE OF DISMISSAL**

    Kindly mark the above captioned matter dismissed without prejudice upon payment of your costs only.

                                      HSK1941
                            HOWARD S. KLEIN, ESQUIRE
                            Attorney for Plaintiff
                            1315 Walnut Street, Suite 1200
                            Philadelphia, PA   19107
                            215/546-0310

Date:   October 7, 2004